of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Van Riper* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

No. 457. GEORGE F. PAWLING AND COMPANY *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. James Craig Peacock* and *John W. Townsend* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. P. M. Cox* for the United States.

No. 458. ROY GAY *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bart. A. Riley* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Byron M. Coon* for the United States.

No. 459. RUSSELL GAY *v.* UNITED STATES. October 18, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bart. A. Riley* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Byron M. Coon* for the United States.

No. 460. HARRY WASHER, ALIAS HARRY THE JEW, *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bart. A. Riley* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.